1

## INDEX OF EXHIBITS

2

| EXHIBIT | DESCRIPTION | PAGE NO. |
|---------|-------------|----------|
| 1 | Collective Bargaining Agreement | 001 - 031 |
| 2 | Union's Grievance | 032 - 033 |
| 3 | Arbitrator's Award | 034 - 047 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FISHER & PHILLIPS LLP**
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 47951629.3