**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
ddornak@fisherphillips.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 3535 LV NEWCO, LLC D/B/A THE LINQ RESORT AND CASINO, | Case No.: 2:23-cv-01274-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ANSWER TO DEFENDANT'S COUNTERCLAIMS** |
| v. | |
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS, AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL 720, LAS VEGAS, NEVADA, | (First Request) |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiff 3535 LV Newco, LLC d/b/a The LINQ Resort and Casino will have up to and including October 20, 2023, to file its Answer to Defendant International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists, and Allied Crafts of the United States, its Territories and Canada, Local 720, Las Vegas, Nevada's Counterclaims (ECF No. 7), which was filed on September 22, 2023.

1   This is the first request for an extension of this deadline. The request is also
2 made in good faith and not for the purpose of delay. Additional time is needed to allow
3 the parties to discuss Defendant's breach of contract counterclaim.

4   Dated this 13th day of October 2023.

| FISHER & PHILLIPS, LLP | WEINBERG, ROGER & ROSENFELD |
| --- | --- |
|  | A Professional Corporation |
| By: /s/ David B. Dornak, Esq. | By: Joseph T. Adamiak, Esq. |
| David B. Dornak, Esq. | Joseph T. Adamiak, Esq. |
| 300 S. Fourth Street, Suite 1500 | 800 Wilshire Boulevard, Suite 1020 |
| Las Vegas, Nevada 89101 | Los Angeles, California 90017 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: October 16, 2023