**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
ddornak@fisherphillips.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 3535 LV NEWCO, LLC D/B/A THE LINQ RESORT AND CASINO, | Case No.: 2:23-cv-01274-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ANSWER TO DEFENDANT'S COUNTERCLAIMS** |
| v. | |
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS, AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL 720, LAS VEGAS, NEVADA, | **(Third Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiff 3535 LV Newco, LLC d/b/a The LINQ Resort and Casino will have a two-week extension, up to and including November 17, 2023, to file its Answer to Defendant International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists, and Allied Crafts of the United States, its Territories and Canada, Local 720, Las Vegas, Nevada's Counterclaims (ECF No. 7), which was filed on September 22, 2023.

This is the third request for an extension of this deadline.  The request is also made in good faith and not for the purpose of delay.  The parties have been diligently working on potentially resolving Defendant's breach of contract counterclaim and need additional time to continue such discussions.  Resolving the claim will allow the parties to focus briefing only on the competing petition to vacate and petition to confirm the arbitration award.

Dated this 2nd day of November 2023.

| FISHER & PHILLIPS, LLP | WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation |
|---|---|
| By: */s/ David B. Dornak, Esq.*<br>David B. Dornak, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By:  */s/ Sean W. McDonald. Esq.*<br>Sean W. McDonald, Esq.<br>3199 E. Warm Springs Road, Suite 400<br>Las Vegas, NV  89120-3150<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 11/3/2023

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 48676325.1

2