**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
ddornak@fisherphillips.com
akheel@fisherphillips.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 3535 LV NEWCO, LLC D/B/A THE LINQ RESORT AND CASINO, | Case No.: 2:23-cv-01274-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT/COUNTER-CLAIMANT'S SECOND CAUSE OF ACTION** |
| v. | |
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS, AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL 720, LAS VEGAS, NEVADA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their counsel of record, that the Second Cause of Action (LMRA §301 – Breach of Contract) in Defendant/Counterclaimant International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists, and Allied Crafts of the United States, its Territories and Canada, Local 720, Las Vegas, Nevada's Counterclaim (ECF No. 7) shall be dismissed without prejudice.  Due to the dismissal, the parties further agree that Plaintiff/Counterdefendant 3535 LV Newco, LLC d/b/a The LINQ Resort and Casino shall have up to including Monday, November 27, 2023, to file its Answer

FP 48799430.1

1

to the remaining cause of action in Defendant/Counterclaimant's Counterclaim (ECF No. 7).

Dated this 17th day of November 2023.

| FISHER & PHILLIPS, LLP | WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation |
|---|---|
| By: */s/ David B. Dornak, Esq.*<br>David B. Dornak, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By: */s/ Sean W. McDonald, Esq.*<br>Sean W. McDonald, Esq.<br>3199 E. Warm Springs Road, Suite 400<br>Las Vegas, NV  89120-3150<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: November 17, 2023