**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
ddornak@fisherphillips.com
*Attorneys for Plaintiff /Counter-Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 3535 LV NEWCO, LLC D/B/A THE LINQ RESORT AND CASINO, | Case No.: 2:23-cv-01274-GMN-BNW |
| Plaintiff/Counter-Defendant, | **STIPULATION AND ORDER FOR SPECIAL SCHEDULING ORDER CONCERNING REVIEW OF ARBITRATION AWARD** |
| v. | |
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS, AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL 720, LAS VEGAS, NEVADA, | |
| Defendant/Counterclaimant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the Court enter a scheduling order pursuant to Local Rule 16-1(c)(8) establishing a briefing schedule for cross-motions for summary judgment as follows:

This case involves judicial review of an arbitration award, which are normally scheduled for briefing pursuant to Local Rule 16-1(c)(8) and are resolved through cross-motions for summary judgment to vacate and affirm the arbitration award.  The parties, therefore, have agreed to file motions for summary judgments pursuant to the following scheduling order:

1. Within 45 days of entry of this Order, Plaintiff will file a motion for summary judgment.

2. Defendant will file its response and cross-motion for summary judgment within 45 days of service of Plaintiff's motion.

3. Plaintiff will have 30 days from service of the opposition to its motion to file a reply.

Dated this 19th day of March 2024.

| FISHER & PHILLIPS, LLP | WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation |
|---|---|
| By: */s/ David B. Dornak, Esq.*<br>David B. Dornak, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By: */s/ Sean W. McDonald, Esq.*<br>Sean W. McDonald, Esq.<br>3199 E. Warm Springs Road, Suite 400<br>Las Vegas, NV 89120-3150<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: 3/20/2024

FP 49995620.1

2