**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
ddornak@fisherphillips.com
*Attorneys for Plaintiff /Counter-Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 3535 LV NEWCO, LLC D/B/A THE LINQ RESORT AND CASINO,<br><br>　　　　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS, AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL 720, LAS VEGAS, NEVADA,<br><br>　　　　　Defendant/Counterclaimant. | Case No.: 2:23-cv-01274-GMN-BNW<br><br>**STIPULATION AND ORDER TO VACATE COURT ORDERED SETTLEMENT CONFERENCE** |

　　　　IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the Court's Order Scheduling Settlement Conference (ECF No. 24) be vacated as the parties agree they have exhausted all settlement discussions at this point.

　　　　The matter before the Court is a Petition to Vacate an Arbitration Award (ECF No. 1). After the Arbitrator issued his Award, the parties engaged in significant settlement discussions in an attempt to resolve the matter prior to Plaintiff filing its Petition to Vacate. The parties were unable to reach any type of resolution during those

discussions and do not believe that additional settlement discussions would be beneficial.

The parties, therefore, respectfully request that the Court vacate the settlement conference scheduled for August 2, 2024, and the pre-settlement conference call scheduled for August 1, 2024. The parties will continue to comply with the Court's Special Scheduling Order (ECF No. 19).

Dated this 1st day of July, 2024.

| FISHER & PHILLIPS, LLP | WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation |
|---|---|
| By: */s/ David B. Dornak, Esq.*<br>David B. Dornak, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By: */s/ Sean W. McDonald, Esq.*<br>Sean W. McDonald, Esq.<br>3199 E. Warm Springs Road, Suite 400<br>Las Vegas, NV  89120-3150<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 3, 2024